Alaleh Kamran (SBN 158648)
LAW OFFICES OF ALALEH KAMRAN, APC
16130 Ventura Boulevard, Suite 320
Encino, CA 91436
Telephone: (818) 986-8590
Email: alalehkamran@alalehkamran.com

Gregory Douglas Bernstein (SBN 299204)
KELLER ANDERLE SCOLNICK LLP
18300 Von Karman Avenue, Suite 930
Irvine, CA 92612
Telephone: (949) 476-8700
Email: gbernstein@kelleranderle.com

Attorneys for Defendant ALEXANDER SOOFER

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>       Plaintiff,<br><br>       vs.<br><br>ALEXANDER SOOFER,<br><br>       Defendant. | Case No: **2:26-cr-00077-MWF-1**<br><br>STIPULATION TO EXTEND DEADLINE TO PERFECT THE AFFIDAVIT OF SUERTY WITH JUSTIFICATION UNTIL APRIL 10, 2026 |

Plaintiff United States of America, by and through Assistant United States Attorneys Kevin Reidy and Kerry L. Quinn, and defendant Alexander Soofer, by and through his counsels Gregory Douglas Bernstein and Alaleh Kamran, hereby stipulate and agree as follows:

-1-

STIPULATION TO EXTEND DEADLINE TO PERFECT THE AFFIDAVIT OF SUERTY WITH
JUSTIFICATION UNTIL APRIL 10, 2026

Alaleh Kamran, A Professional Corporation
16130 Ventura Boulevard, Suite 320
Encino, California 91436

Alaleh Kamran, A Professional Corporation
16130 Ventura Boulevard, Suite 320
Encino, California 91436

1.    On January 23, 2026, the Court ordered Defendant's release pending trial on a $1,500,000 appearance bond. The Court directed that the previously filed Affidavit of Surety without Justification (Form CR-4), executed by Hengameh April Soleymanzadeh, be replaced by an Affidavit of Surety with Justification secured by full equity in real property located at 925 Chantilly Road, Los Angeles, California 90077, no later than February 20, 2026. (ECF No. 7.)

2.    On February 17, 2026, Gregory Douglas Bernstein of Keller Anderle Scolnick LLP filed a substitution of attorney in place of prior counsel. (ECF No. 9.)

3.    After further financial review, defense counsel determined that the equity in the previously proposed property located at 925 Chantilly Road, Los Angeles, California, is insufficient to satisfy the $1,500,000 bond requirement.

4.    Defense counsel has identified an alternative property located at 325 17th Street, Santa Monica, California 90402, owned by Defendant's parents, with an estimated fair market value of approximately $4,500,000. The property is being evaluated to determine available equity and compliance with the Court's bond requirements.

5.    An appraisal of the alternative property has been scheduled for next week, and defense counsel requires additional time to obtain the appraisal, confirm equity, prepare the Affidavit of Surety With Justification, and complete all documentation necessary to perfect the bond.

6.    The parties have conferred regarding this request, and the United States does not oppose the requested extension.

-2-

**STIPULATION TO EXTEND DEADLINE TO PERFECT THE AFFIDAVIT OF SUERTY WITH JUSTIFICATION UNTIL APRIL 10, 2026**

Accordingly, the parties jointly request that the Court extend the deadline to perfect the appearance bond to April 10, 2026. All other conditions of release shall remain unchanged.

IT IS SO STIPULATED.

Dated: 03/20/2026

_Alaleh Kamran_
_____
Alaleh Kamran
Counsel for Defendant Alexander Soofer

Dated: 03/20/2026

//ss//
_____
Kerry L. Quinn
Assistant United States Attorney

Dated: 03/20/2026

//ss//
_____
Kevin Reidy
Assistant United States Attorney
United States of America

Presented by Alaleh Kamran

Alaleh Kamran, A Professional Corporation
16130 Ventura Boulevard, Suite 320
Encino, California 91436

-3-

**STIPULATION TO EXTEND DEADLINE TO PERFECT THE AFFIDAVIT OF SUERTY WITH JUSTIFICATION UNTIL APRIL 10, 2026**