Alaleh Kamran, A Professional Corporation
16130 Ventura Boulevard, Suite 320
Encino, California 91436

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

    Plaintiff,

    vs.

ALEXANDER SOOFER,

    Defendant.

Case No: **2:26-cr-00077-MWF-1**

**[PROPOSED] ORDER EXTENDING DEADLINE TO PERFECT APPEARANCE BOND**

Having reviewed the stipulation of the parties and good cause appearing, the Court hereby GRANTS the stipulation and ORDERS as follows:

The deadline for Defendant Alexander Soofer to perfect the $1,500,000 appearance bond, including submission of an Affidavit of Surety with Justification secured by qualifying real property, is extended to **APRIL 10, 2026**.

All other terms and conditions of Defendant's pretrial release shall remain in full force and effect.

**IT IS SO ORDERED.**

Dated: _____

_____
Honorable Judge Autumn D. Spaeth
United States Magistrate Judge

Presented by Alaleh Kamran

-1-

**[PROPOSED] ORDER EXTENDING DEADLINE TO PERFECT APPEARANCE BOND**