FILED
CLERK, U.S. DISTRICT COURT
OCT 15 2026
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the

United States of America
v.
Alexander Soofer
*Defendant*

Case No. 26-CR-77-MWF

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 10/15/26

*Defendant's signature*

*Signature of defendant's attorney*

Michael G. Freedman
*Printed name of defendant's attorney*

*Judge's signature*

Hon. Michael W. Fitzgerald, U.S District Judge
*Judge's printed name and title*