UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES -- GENERAL

Case No. **CR 26-77-MWF** Dated: October 15, 2026

==================================================================

**PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE**

| Rita Sanchez | Amy Diaz | Juan M. Rodriguez |
|---|---|---|
| Courtroom Deputy | Court Reporter | Assistant U.S. Attorney |

==================================================================

| U.S.A. vs (Dfts listed below) | Attorneys for Defendants |
|---|---|
| 1. Alexander Soofer<br>Present - On Bond | 1. Michael G. Freedman<br>Present - Retained |

**PROCEEDINGS: WAIVER OF INDICTMENT AND ARRAIGNMENT**

Case called, and counsel make their appearance.

Defendant is given a copy of the First Superseding Information. Defendant acknowledges receipt of a copy and waives reading thereof. The Court questions the defendant regarding the Waiver of Indictment, and finds that defendant's Waiver of Indictment is knowingly and voluntarily made, and it is accepted by the Court. Waiver of Indictment executed by defendant is filed.



Initials of Deputy Clerk rs
:10